AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

2008 MAR 31 PM 2:32

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Lequitor Hopkins | ) Case No: CR602-00008-004 |
| | ) USM No: 11082-021 |
| Date of Previous Judgment: December 20, 2002 | ) Sarah M. Tipton-Downie |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     28            Amended Offense Level:     28
Criminal History Category:  II            Criminal History Category: II
Previous Guideline Range:   87 to 108 months    Amended Guideline Range: 87 to 108 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

There is no change to the defendant's guideline range because the two-level reduction she was awarded at her original sentencing, pursuant to U.S.S.G. § 2D1.1(a)(3), is no longer applicable because her base offense level is thirty.

Except as provided above, all provisions of the judgment dated  December 20, 2002,  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   March 31, 2008

_Judge's signature_

John F. Nangle
Judge, U. S. District Court
Southern District of Georgia

Effective Date: _____
(if different from order date)                                    Printed name and title